1016

THE STATE OF WASHINGTON, *Respondent*, v. LEO T. BUSHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01612-2, Paul D. Hansen, J., entered April 18, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40774-1-I. Division One. June 1, 1998.]

SDM PROPERTIES, ET AL., *Appellants*, v. THE CITY OF KENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-04204-0, Sharon S. Armstrong, J., entered July 15, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Becker, JJ.

[No. 40785-6-I. Division One. June 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. AHMAL ROGERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00416-7, Richard A. Jones, J., entered June 2, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40839-9-I. Division One. June 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. E.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-01570-9, Charles V. Johnson, J., entered June 11, 1997. *Affirmed* by unpublished per curiam opinion.